LOUIS BERKOWITZ, Doing Business as L. B. COMPANY, Appellant, v. HARRY D. HERRON, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs, upon the ground that the contract was plain and unambiguous upon its face, and

---

*Affd., 257 N. Y. 526.

was clearly binding upon the defendant who signed the same. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.